# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| DERRICK DEFOE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:21-cv-00245-LCB-HNJ |
| JIM AYERS, JR., | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on September 10, 2021, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). (Doc. 12). Although the magistrate judge advised the plaintiff of his right to file specific written objections within 14 days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** October 8, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE